**NOT FOR PUBLICATION**                                    (Docket Entry No. 7)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

_____
                                      :
TY HUYNH and SUONG NGUYEN,            :
                                      :
              Plaintiffs,             :        Civil No. 07-4798 (RBK)
                                      :
        v.                            :        **ORDER**
                                      :
UNITED STATES OF AMERICA              :
[substituted for Eddie Peace], et al.,:
                                      :
              Defendants.             :
_____  :

**THIS MATTER HAVING COME BEFORE THE COURT** on the motion of

Defendant the United States of America (substituted for Eddie Peace) ("Defendant United

States") for dismissal for lack of subject matter jurisdiction over the Complaint of Plaintiffs Ty

Huynh and Suong Nguyen ("Plaintiffs"); and the Court having considered the moving papers;

and there being no opposition thereto;

        **IT IS HEREBY ORDERED** that the motion of Defendant United States is

**GRANTED**.

        **IT IS FURTHER ORDERED** that Plaintiffs' claims against Defendant Geico

are **DISMISSED WITHOUT PREJUDICE.**


Dated:   8-14-08                              ___/s/ Robert B. Kugler_____
                                              ROBERT B. KUGLER
                                              United States District Judge